# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 186 | **DATE** | 3/22/2010 |
| **CASE TITLE** | USA vs. William E Dugan | | |

**DOCKET ENTRY TEXT**

Arraignment proceedings held. Defendant informed of his rights. Defendant waives his right to trial before District Judge and consents to trial before Magistrate Judge. Enter Consent to Proceed before United States Magistrate Judge. Defendant waives formal reading of the Indictment and enters a plea of guilty as to Count 1 of the Information. Judgment of guilty is entered an accepted by the Court. Cause is referred to the U.S. Probation Office for the preparation of a Pre-Sentence Investigation ("PSI") Report. The Court requests that the "PSI" report be submitted by 7/20/10. Any objections to the "PSI" Report shall be filed by 8/10/10. Reply if any to be filed by 8/31/10. Sentencing is set for 9/14/10 at 10:00 a.m. Parties agree to conditions of release. Enter Order Setting Conditions of Release. Time is ordered excluded in the interest of justice from 3/22/10 to 9/14/10 pursuant to 18 USC 3161 (h)(8)(A).

Docketing to mail notices.

1:00

| | Courtroom Deputy Initials: | rbf |
|---|---|---|